UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TOMMY EARL JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:16-cv-00257 |
| | ) REEVES/SHIRLEY |
| BERNARD CLEMENT, *et al.*, | ) ) |
| Defendants. | ) |

### ORDER

In accordance with the accompanying memorandum opinion, this pro se prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED WITH PREJUDICE**. Because the Court has **CERTIFIED** in the memorandum that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the civil file.

SO ORDERED.

E N T E R :

*/s/ Pamela L. Reeves*
UNITED STATES DISTRICT JUDGE

**ENTERED AS A JUDGMENT**

*/s/ Debra C. Poplin*
**CLERK OF COURT**